UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED SABBAGH and RUQAIAH KASHKASH,<br><br>                      Plaintiffs,<br>   v.<br><br>UR JADDOU,<br><br>                      Defendant. | CASE NO. 2:24-CV-02146-TL<br><br>ORDER ON STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

This matter is before the Court on the Parties' Stipulated Motion to Hold Case in Abeyance. Dkt. No. 9. The case is held in abeyance until June 26, 2025. The parties shall submit a joint status report on or before June 26, 2025. It is so ORDERED.

Dated this 2nd day of April 2025.

                                                          Tana Lin
                                                          United States District Judge