The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED SABBAGH, *et al.*,<br><br>                          Plaintiffs,<br>      v.<br><br>JENNIFER B. HIGGINS, *et al.*,<br><br>                          Defendants. | Case No. 2:24-cv-02146-TL<br><br>**STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER**<br><br>Noted for Consideration:<br>May 27, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel Defendants to adjudicate their Form I-485 Application to Register Permanent Residence or Adjust Status and Form I-130 Petition for Alien Relative. USCIS has adjudicated and approved Plaintiffs' Form I-485 and Form I-130 applications, and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-02146-TL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 27th day of May, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

| | |
|---|---|
| *s/ Sean M. Arenson* | *s/ Mohamed Sabbagh* |
| SEAN M. ARENSON, WSBA No. 60465 | MOHAMED SABBAGH |
| Assistant United States Attorney | |
| United States Attorney's Office | *s/ Ruqaiah Kashkash* |
| Western District of Washington | RUQAIAH KASHKASH |
| 700 Stewart Street, Suite 5220 | 1111B S Governors Ave, STE 25136 |
| Seattle, Washington 98101-1271 | Dover, DE 19904 |
| Phone: (206) 553-7970 | Email: sabbagh96@outlook.com |
| Fax:    (206) 553-4067 | Email: rkashkash2021@gmail.com |
| Email:  sean.arenson@usdoj.gov | |
| | *Pro Se Plaintiffs* |

*Attorneys for Defendants*

*I certify that this memorandum contains 82 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-02146-TL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Ruqaiah Kashkash, *Pro se Plaintiff*
Mohamed Sabbagh, *Pro Se Plaintiff*
1111B S Governors Ave, STE 25136
Dover, DE, 19901
Email: rkashkash2021@gmail.com
Email: sabbagh96@outlook.com

DATED this 29th day of May, 2025.

*s/ Katie Reed-Johnson*
KATIE REED-JOHNSON, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone:  (206) 553-7970
Fax:    (206) 553-4073
Email:  katherine.reed-johnson@usdoj.gov

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-02146-TL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The case is dismissed without prejudice and with each party to bear their own fees and costs. It is so **ORDERED**.

DATED this 29th day of May, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-02146-TL] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970